IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITEDHEALTHCARE OF PENNSYLVANIA, INC. d/b/a UNTEDHEALTHCARE COMMUNITY PLAN,<br><br>                        *Plaintiff*,<br><br>  vs.<br><br>NORTHSTAR ANESTHESIA OF PENNSYLVANIA, LLC,<br><br>                        *Defendant*. | Case No.  2:25-cv-07187-MAK |

**ORDER**

      AND NOW, this ____ day of _____, 2026, having considered Defendant NorthStar of Pennsylvania, LLC's Motion to Dismiss Plaintiff UnitedHealthcare of Pennsylvania Inc. d/b/a UnitedHealthcare Community Plan's Complaint (ECF 26), Defendant's Memorandum in Support, Plaintiff's Opposition, and Defendant's Reply, it is hereby **ORDERED** the Motion is **GRANTED**. Plaintiff UnitedHealthcare of Pennsylvania Inc. d/b/a UnitedHealthcare Community Plan's Complaint is dismissed with prejudice.

 

                                                                            _____<br>
                                                                            **KEARNEY, J.**