## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITEDHEALTHCARE OF PENNSYLVANIA, INC. | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | NO. 25-7187 |
| | : | |
| NORTHSTAR ANESTHESIA OF PENNSYLVANIA, LLC | : | |
| | : | |

## ORDER

**AND NOW**, this 28th day of April 2026, upon considering Defendant's Motion to dismiss (ECF 26), Plaintiff's Opposition (ECF 37), Defendant's Reply (ECF 38), Notices of supplemental authority (ECF 39, 40, 41, 42), a permissible Amicus brief (ECF 32) in support of the Motion to dismiss, and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** Defendant's Motion to dismiss (ECF 26) requiring we:

1.      **DISMISS** this case without prejudice to the parties pursuing their remedies in a forum enjoying subject matter jurisdiction; and,

2.      **DIRECT** the Clerk of Court to **CLOSE** this case.

_____
**KEARNEY, J.**